IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MARTIN ZUBIA, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:19-CV-275 |
| | § | |
| ALTEC INDUSTRIES, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE**:

**COMES NOW ALTEC INDUSTRIES, INC.** (hereinafter "ALTEC"), Defendant, and presents the following as its Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441, stating in support as follows:

### Introduction and Background

1. On August 29, 2019, Plaintiff filed an Original Petition and Request for Disclosures in the 327th Judicial District Court, El Paso County, Texas, styled *Martin Zubia, Jr. v. Altec Industries, Inc.*, Cause No. 2019-DCV 3381. ALTEC was served with Plaintiff's Petition on September 16, 2019. Therefore, this notice is properly filed within the thirty (30) day period for the filing of a Notice of Removal pursuant to 28 U.S.C. § 1446(b).

### Diversity Jurisdiction

2. This Court has diversity jurisdiction over the above-entitled action pursuant to 28 U.S.C. § 1332 and the action may be removed by this Court pursuant to 28 U.S.C. § 1441(b). Martin Zubia, Jr. is a resident of Chaparral, New Mexico. ALTEC INDUSTRIES, INC. is an Alabama Corporation with its principal place of business in Alabama. The amount in controversy is stated by Plaintiff to be over $200,000.00 but not more than $1,000,000.00.

**Conclusion**

3. This notice is filed with the Court within thirty (30) days after the service of Plaintiff's Original Petition and Request for Disclosures and is thus timely filed under 28 U.S.C. § 1446(b).

4. Attached hereto is a copy of all pleadings filed in the aforementioned state court action.

5. Accordingly, removal of this action is proper pursuant to 28 U.S.C. § 1441(a).

**WHEREFORE, PREMISES CONSIDERED**, Defendant hereby gives notice to the Court and all parties that the above-entitled action has been removed from the 327th Judicial District Court of El Paso County, Texas, to the United States District Court for the Western District of Texas, El Paso Division.

Respectfully submitted,

**MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Box 1977
El Paso, Texas  79999-1977
(915) 532-2000
Fax No. (915) 541-1548

By:    __/s/ Bruce A. Koehler_____
       **Bruce A. Koehler**
       State Bar No. 11649300

Attorneys for Defendant ALTEC INDUSTRIES, INC.

## **CERTIFICATE OF SERVICE**

I certify that on the 27th day of September, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Maxey M. Scherr
SCHERR & LEGATE, PLLC
109 North Oregon, 12th Floor
El Paso, Texas 79901
mscherr@scherrlegate.com

    /s/ Bruce A. Koehler_____
Bruce A. Koehler